## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK DIX, ET AL | : | CASE NO. 3:15-cv-01296(JBA) |
| Plaintiff | : | |
| V. | : | |
| NOVA BENEFIT PLANS LLC, ET AL | : | October 28, 2016 |
| Defendants | : | |

### STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of civil procedure, the parties stipulate to the dismissal of this action without prejudice and without costs. The parties have agreed to submit this matter to arbitration in accordance with the annexed Stipulation for Arbitration.

THE PLAINTIFFS
MARK DIX, PAMELA DIX and
SCI, INC.

By: /s/ Brett Bitzer
Brett E. Bitzer, Esq.
*Pro Hac Vice*
CALLAHAN, THOMPSON, SHERMAN
  & CAUDILL, LLP
2601 Main Street, Suite 800
Irvine, California 92614
(949) 261-2872
bbitzer@ctsclaw.com

THE DEFENDANTS
NOVA BENEFIT PLANS LLC and
  SICKNESS ACCIDENT
DISABILITY PLAN AND TRUST

By: /s/ Dan E. LaBelle
Dan E. LaBelle, Esq.
Fed. Bar #ct 01984
HALLORAN & SAGE, LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855
labelle@halloransage.com

## STIPULATION FOR ARBITRATION

IT IS HEREBY STIPULATED by and between the undersigned parties, and their respective attorneys of record, that the above-captioned matter is hereby submitted to binding-arbitration before the American Arbitration Association in New York City, New York, and under all of the Consumer rules and procedures of American Arbitration Association.

Except as may be agreed between the parties, or their attorenys, or as othwerise provided by law, the Arbitrator, in his/her sole discretion, shall control the proceedings and regulate the order of proof.

The award shall be in writing and signed by the Arbitrator. It shall include a determination of all questions submitted to the Arbitrator the decision of which is necessary in order to determine the controversy. Any party to the arbitration shall be entitled to have the award of the Arbitrator entered as a judgment in any court of competent jurisdiction in accordance with 9 U.S.C.A. §9.

Each party hereto, and the attorney of record for each respective party, hereby waives any right which each may have to trial by judge, trial by jury, trial de novo, new trial, or appeal, except as provided by law and/or the Consumer Rules of the American Arbitration Asociation.

In the event the Arbitrator initially chosen is unable to commence or compelte the proceedings, then a replacement arbitrator shall be chosen from the panel offered by the American Arbitration Association. If the parties cannot agree upon a replacement arbitration, the American Arbitration Association is hereby empowered to chose the replacement arbitrator.

DATED: October 27, 2016

CALLAHAN, THOMPSON, SHERMAN
& CAUDILL, LLP

By_____

ROBERT W. THOMPSON
BRETT E. BITZER


Attorneys for Plaintiffs

HALLORAN & SAGE LLP

By_____

DAN E. LABELLE


Attorneys for Defendants

4463621v.1

## CERTIFICATION OF SERVICE

I hereby certify that on October 28, 2016, a copy of foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

_/s/   Dan E. LaBelle_
Dan E. LaBelle

4463529v.1